MADISON AVENUE COACH COMPANY, INC., Respondent, v. CITY OF NEW YORK, Appellant. EIGHTH AVENUE COACH CORPORATION, Respondent, v. CITY OF NEW YORK, Appellant. NEW YORK CITY OMNIBUS CORPORATION, Respondent, v. CITY OF NEW YORK, Appellant.— Orders unanimously affirmed, with $20 costs and disbursements to the respondents in one bill of costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See 275 App. Div. 708.]

· In the Matter of the Arbitration between PACKARD FABRICS, INC., Respondent, and GAY TOGS, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

BROD THEATRES, INC., Appellant, v. ROSE S. LEVINE et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

JOHN L. WALKER, Respondent, v. BENJAMIN SCHNEIDERMAN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEROY KNIGHT, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

In the Matter of the Estate of BRIDGET TIGHE, Deceased. MARTIN TIGHE, as Administrator of the Estate of BRIDGET TIGHE, Deceased, Respondent; ANNA M. McCORD, Appellant.— Decree, so far as appealed from, unanimously affirmed, with costs. As a Miss Corcoran, niece of the deceased, was not a party to this proceeding, we do not consider what effect, if any, the decree has upon her rights. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

THEODOR RIEGE, Respondent, v. RAILWAY EXPRESS AGENCY, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See 275 App. Div. 667.]

In the Matter of the Accounting of ROE E. WELLS et al., as Ancillary Executors of EMILY F. GILCHRIST WELLS, Deceased, Respondents. ELSIE K. WILCOX, Individually and as Administratrix C. T. A. of OLGA MENN, Deceased, and as Administratrix of the Estate of PAUL MENN, Deceased, Appellant.— Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

BARBARA HALL et al., Respondents, v. FLORIDA GREYHOUND LINES, INC., et al., Appellants.— Order entered March 2, 1948, denying defendants' motion to correct the stenographer's minutes of the decision dictated by the court unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

BARBARA HALL et al., Respondents, v. FLORIDA GREYHOUND LINES, INC., et al., Appellants.— Order entered April 15, 1948, granting plaintiffs' motion for an order directing the clerk to add to the respective verdicts herein interest at the rate of 6% from the dates of the accidents, unanimously reversed and the motion denied. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [191 Misc. 509.]

BARBARA HALL et al., Respondents, v. FLORIDA GREYHOUND LINES, INC., et al., Appellants.— Judgment as to the plaintiff Rayner unanimously affirmed, and unanimously modified as to the plaintiff Hall by reducing the judgment in her favor against the Florida Greyhound Lines, Inc., from $2,500 to $1,250, and by reducing the judgment in her favor against Atlantic Greyhound Lines, Inc., from $1,500 to $750 and, as so modified, affirmed, with costs of this appeal to